IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-mj-07131M

UNITED STATES OF AMERICA,

Plainiff,

vs.

HERMAN DIAZ,

Defendant.

## MINUTE ORDER

ORDER ENTERED BY U.S. DISTRICT JUDGE DANIEL B. SPARR

      Defendant's Motion to Continue [filed March 9, 2006, Document 21] is GRANTED.  The sentencing presently scheduled for April 19, 2006, is VACATED and RESET to **May 17, 2006**, at 10:00 a.m.